# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| WILLIE JOHNSON,<br>    Plaintiff, | Case No. 1:22-cv-31 |
| vs. | McFarland, J.<br>Litkovitz, M.J. |
| WILLIAM COOL, *et al.*,<br>    Defendants. | **REPORT AND<br>RECOMMENDATION** |

Plaintiff, an inmate at the Southern Ohio Correctional Facility (SOCF), has filed a motion for leave to proceed *in forma pauperis* in connection with a pro se civil rights complaint under 42 U.S.C.§ 1983. (Doc. 1). Plaintiff's financial affidavit reveals that he has sufficient funds to pay the full filing fee of $402.00 ($350 filing fee and $52 administrative fee) in order to institute this action. Plaintiff's certified prison trust fund account statement reveals that as of December 28, 2021, plaintiff had $509.70 on account to his credit at SOCF. (*See* Doc. 1 at PageID 1)

Because it thus appears that plaintiff has sufficient funds to commence this action, it is **RECOMMENDED** that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and that plaintiff be ordered to pay the required filing fee of $402.00 within **thirty (30) days** of the date of filing of any Order adopting this Report and Recommendation.

**IT IS SO RECOMMENDED.**

Date: 1/21/2022

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIE JOHNSON,<br>    Plaintiff, | Case No. 1:22-cv-31 |
| vs. | McFarland, J.<br>Litkovitz, M.J. |
| WILLIAM COOL, *et al.*,<br>    Defendants. | |

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).