IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| WILLIE JOHNSON, | : | Case No. 1:22-cv-00031 |
| Plaintiff, | : : | District Judge Jeffery P. Hopkins |
| vs. | : : | Magistrate Judge Caroline H. Gentry |
| WILLIAM COOL, *et al.*, | : : | |
| Defendants. | : : | |

# ORDER

This matter is before the Court upon *sua sponte* review. Although there is currently no indication that Plaintiff has failed to receive court filings, public records maintained by the Ohio Department of Rehabilitation and Corrections indicate that Plaintiff may have been transferred to another institution.

Accordingly, out of an abundance of caution, the Court **DIRECTS** the Clerk to send copies of Documents No. 29 and 30 to Plaintiff at the following address: Northeast Ohio Correctional Center, 2240 Hubbard Road, Youngstown, Ohio 44505. The Clerk is further **DIRECTED** to send copies of the instant Order both to the foregoing address and to Plaintiff's current address of record.

Plaintiff is **CAUTIONED** that he must keep the Court apprised of his address at all times, ***including following any transfers while in custody***. If Plaintiff fails to update his address with the Court, his case may be dismissed for lack of prosecution.

**IT IS SO ORDERED**.

                                */s/ Caroline H. Gentry*
                                Caroline H. Gentry
                                United States Magistrate Judge

<u>Procedure on Objections</u>

Pursuant to Fed. R. Civ. P. 72(a), any party may serve and file specific, written objections within FOURTEEN days after being served with this Order. Pursuant to Fed. R. Civ. P. 6(d), this period is extended to SEVENTEEN days if this Order is being served by one of the methods of service listed in Fed. R. Civ. P. 5(b)(2)(C), (D), or (F). Such objections shall specify the portions of the Order objected to and shall be accompanied by a memorandum of law in support of the objections. If the Order is based in whole or in part upon matters occurring of record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within FOURTEEN days after being served with a copy thereof.

Failure to make objections in accordance with this procedure may forfeit rights on appeal. See *Thomas v. Arn*, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947, 949-50 (6th Cir. 1981)