IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| WILLIE JOHNSON [A405046], | : | Case No. 1:22-cv-00031 |
| Plaintiff, | : | |
| vs. | : | District Judge Jeffery P. Hopkins |
| | : | Magistrate Judge Caroline H. Gentry |
| WILLIAM COOL, *et al.*, | : | |
| Defendants. | : | |

## ORDER

Plaintiff, a prisoner in state custody at Ross Correctional Institution, is pursuing litigation in this Court. In order to manage the case in a timely and efficient manner (*see* Doc. No. 40), the undersigned United States Magistrate Judge hereby **ORDERS** that mail from this Court addressed to Plaintiff in this case is legal mail under *Sallier v. Brooks*, 343 F.3d 868, 877 (6th Cir. 2003). *See generally Vinson v. Brown*, No. 2:23-cv-80, 2024 U.S. Dist. LEXIS 4128 (S.D. Ohio Jan. 8, 2024) (discussing "legal mail"). The Ohio Department of Rehabilitation and Correction is **ORDERED** to treat this Court's mail to Plaintiff in this case as legal mail regardless of whether it bears a "control number."

The Clerk of Court is **DIRECTED** to serve this Order on **(1)** all parties; **(2)** the Ohio Attorney General's Office at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215; and **(3)** the Mailroom Supervisor at Ross Correctional Institution.

**IT IS SO ORDERED.**

                                              */s/ Caroline H. Gentry*
                                              Caroline H. Gentry
                                              United States Magistrate Judge