IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIE JOHNSON, | : |
| *Plaintiff*, | : Case No. 1:22-cv-31 |
| vs. | : Judge Jeffery P. Hopkins |
| WILLIAM COOL, et al., | : Magistrate Judge Caroline H. Gentry |
| *Defendants*. | : |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND REQUIRING PLAINTIFF TO SHOW CAUSE

This matter is before the Court on the Report and Recommendation (Doc. 42) issued by Magistrate Judge Gentry on August 29, 2024. The Magistrate Judge recommends that the Court grant Defendants' Motion for Summary Judgment (Doc. 32) in its entirety. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.[1]

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio

---

[1] On September 26, 2024, the Court granted Plaintiff's motion for an extension of time to file objections, extending the deadline to October 25, 2024. Doc. 45. No objections were filed prior to the extended deadline. Further, no objections have been filed as of the date of this Order.

Oct. 28, 2022). Accordingly, the Court **GRANTS** Defendants' Motion for Summary Judgment (Doc. 32) in its entirety. Plaintiff's clams against Defendants Cool, Denney, Goodman, and Conley are **DISMISSED WITH PREJUDICE**.

Further, pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff is ordered to **SHOW CAUSE** as to why he has failed to serve Defendant John Doe(s) 1 and 2, Shift Lieutenants, and Defendant John Doe(s) 3–6, Correctional Officers. *See* Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time."). Plaintiff is hereby **ORDERED TO SHOW CAUSE IN WRITING**, on or before **MARCH 3, 2025**, as to why his complaint should not be dismissed against Defendant John Doe(s).

  **IT IS SO ORDERED.**

Dated: January 31, 2025

Hon. Jeffery P. Hopkins
United States District Judge